James D. O'NEIL, Appellant, v. UNITED STATES of America, Appellee.

No. 9966.

Circuit Court of Appeals, Ninth Circuit.

March 5, 1945.

Geo. Olshausen and James Martin MacInnis, both of San Francisco, Cal., for appellant.

Frank J. Hennessy, U. S. Atty., of San Francisco, Cal., for appellee.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

It appearing from the files of this court that the appellant has failed to prosecute his appeal, and has failed to file certified transcript of record, and has been notified of default and that the matter would be called to the attention of this court at this time, and has made no response to such notice of default, and by direction of the court, it is ordered that the appeal in above cause be and hereby is dismissed for failure of appellant to prosecute his appeal, that a judgment be filed and entered accordingly and that the mandate of this court issue forthwith.

Dale STAMPHILL, Appellant, v. James A. JOHNSTON, Warden, U. S. Penitentiary, Alcatraz, California, Appellee.

No. 10958.

Circuit Court of Appeals, Ninth Circuit.

March 5, 1945.

Dale Stamphill, in pro. per., for appellant.

Frank J. Hennessy, U. S. Atty., of San Francisco, Cal., for appellee.

Before GARRECHT, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of appellant for dismissal of appeal herein, and by direction of the court, it is ordered that the motion be and hereby is granted, that the appeal be dismissed, that a decree of dismissal be filed and entered accordingly and the mandate of this court in this cause issue forthwith.